James R. Campbell
Coffman & Campbell, LLC
511 Neosho St.
Burlington, KS 66839
620 364-3094

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 15-20074-JAR |
| | ) | |
| GREGORY OROZCO, | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S PROPOSED WITNESS LIST**

COMES NOW the Defendant, Gregory Orozco, by and through his attorney, James R. Campbell, and would submit the following list of proposed Witnesses for the Defendant's case in chief in the above referenced matter.:

1. Gregory Orozco
2. Julian Scott Perry
3. Tonya Gibson Ojeda
4. Shannon Orozco
5. Amy Stimec-Smart
6. Melisa Nichols
7. Ryan Wayne Barker
8. Brittney Shetterley
9. Andrea S. Michiels, DEA
10. Curtis Hall
11. Clayton Deardorff

12. Jose Luis Salazar Ruiz

13. Matt Speath

14. Any witnesses necessary for proper rebuttal

15. Any and all Witnesses listed by the Government.

DATED this 5th day of December, 2016.

RESPECTFULLY SUBMITTED:

/James R. Campbell/
JAMES R. CAMPBELL - #14631
Coffman & Campbell, LLC
511 Neosho Street
Burlington, KS  66839-0122
Telephone (620) 364-3094
Facsimile (620) 364-2840
j.campbell@thecoffmanfirm.com e-mail

Attorney for Gregory Orozco

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2016, I electronically filed the foregoing Defendant's Proposed Witness List with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/James R. Campbell/
James R. Campbell, Esq., No. 14631
511 Neosho St.
Burlington, KS 66839
(620) 364-3094
(620) 364-2840 Facsimile
j.campbell@thecoffmanfirm.com e-mail