**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )     **Case No. 15-20074-JAR** |
| v. | ) |
| | ) |
| GREGORY OROZCO, | ) |
| | ) |
| | ) |
| Defendant. | ) |

<u>**AMENDED GOVERNMENT'S EXHIBIT LIST**</u>

The United States of America by and through Thomas E. Beall, Acting United States Attorney for the District of Kansas and Terra D. Morehead, Assistant United States Attorney, submit the following attached list of exhibits for the government's case in chief in the above referenced matter.

Respectfully submitted,

THOMAS E. BEALL
United States Attorney

 *s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas   66101
(913) 551-6730
Ks. S. Ct. No. 12759
Terra.Morehead@usdoj.gov

## **Certificate of Service**

I hereby certify that on the 9th day of December, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

 *s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney

# EXHIBIT SHEET

Case No: 15-20074-JAR                                            Plaintiff Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | .380 caliber Browning pistol, Model BDA-380, serial number MX02724 | | | | |
| 2 | 7 rounds assorted .380 ammunition | | | | |
| 3 | Clear plastic container with 5 pills, green vegetative substance, 4 pink plastic ziplock bags | | | | |
| 4 | 41.5 g meth/ 34.8 actual meth along with plastic bag | | | | |
| 5 | Known DNA Gregory Orozco | | | | |
| 6 | Photograph of Hydrocodone/Acetametaphine pills in bottle | | | | |
| 7 | Photograph of Exhibit #3 | | | | |
| 8 | Photograph of small pink electronic zippered pouch | | | | |
| 8a | Small pink electronic zippered pouch | | | | |
| 9 | Photograph of contents of small pink electronics zippered pouch | | | | |
| 10 | Letter from Gregory Orozco to Felix Leal dated 12/12/15 | | | | |
| 11 | Stipulation | | | | |
| 12 | Photograph of Gregory Orozco | | | | |
| 13 | Photograph of Jose Ruiz | | | | |
| 14 | Photograph of Felix Leal | | | | |
| 15 | Photograph of Tommy Cordell-Eastland | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |