IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-20074-01-JAR |
| ) | |
| GREGORY OROZCO, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT EXHIBIT 11 15-20074-JAR

## STIPULATIONS

The United States of America, by and through Assistant United States Attorney Terra D. Morehead, and the defendant, Gregory Orozco, along with his attorney, James Campbell, do hereby agree and stipulate as follows:

1. Prior to February 23, 2013, Gregory Orozco was convicted of felony crimes, that is, crimes punishable by imprisonment for a term exceeding one year under the laws of the respective jurisdictions. As a result of said convictions, the defendant would have been prohibited under federal law from owning, possessing or purchasing a firearm and/or ammunition on February 23, 2013.

2. The methamphetamine recovered on February 23, 2013, identified as Government Exhibit 4, was tested by Andrea Michiels, Senior Forensic Chemist at the Drug Enforcement Laboratory, and was determined to be 34.8 grams of actual methamphetamine (41.3 grams of net methamphetamine, which was 83.9% pure).

Respectfully submitted,

Date: Dec. 5, 2016

*Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney

*James Campbell*
James Campbell
Attorney for Gregory Orozco

*Gregory Orozco*
Gregory Orozco
Defendant